United States District Court
Southern District of Texas
**ENTERED**
March 23, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| SIMONE PESSARRA, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 3:18-CV-336 |
| | § | |
| QBE INSURANCE CORPORATION, | § | |
| | § | |
| Defendant. | § | |

## **ORDER**

Pending before the Court is the Plaintiff's Agreed Motion to Continue. Dkt. 28. That motion is GRANTED. The joint pre-trial order is due on Friday, June 26, 2020. Docket call is reset to July 10, 2020 at 9:30 a.m., at which the case will be set for an August 2020 trial.

SIGNED on Galveston Island this 23rd day of March, 2020.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE